Judge Ronald B. Leighton

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | NO. CR05-5823RBL |
| Plaintiff, | |
| v. | **ORDER** |
| MARKUS VERNON MOORE, | |
| Defendant. | |

After consideration of defendant Markus Moore's motion to compel discovery, and the response filed thereto, and after consideration of all of the evidence presented at any hearing on the motion,

IT IS HEREBY **ORDERED** that defendant's motion to compel discovery is **DENIED as Moot.** .

DATED this 14th day of September, 2006.

/s/ Ronald B. Leighton
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE

Presented by:

s/ Gregory A. Gruber
GREGORY A. GRUBER
Assistant United States Attorney

s/ Kent Y. Liu
KENT Y. LIU
Special Assistant United States Attorney

Order/U.S. v. Markus Moore/CR05-5823RBL - 1

UNITED STATES ATTORNEY
1201 PACIFIC AVENUE, SUITE 700
TACOMA, WASHINGTON 98402
(253) 428-3800