HONORABLE RONALD B. LEIGHTON

05-CR-05823-ORD

FILED _____ LODGED
_____ RECEIVED

JUL 23 2007

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>MARKUS VERNON MOORE<br><br>Defendant. | No. CR 05-5823 RBL<br><br>PROPOSED<br><br>ORDER GRANTING DEFENSE COUNSEL'S MOTION TO WITHDRAW<br><br>Noted: Tuesday, June 26, 2007 |
|---|---|

THIS MATTER comes before the court on Defense Counsel's Motion to Withdraw. For the reasons set forth in the motion, it is hereby

ORDERED that Paula T. Olson is WITHDRAWN from further representation of Defendant Markus V. Moore.

DATED this 22nd day of June 2007.

_____
RONALD B. LEIGHTON
United States District Judge

DEFENSE COUNSEL'S MOTION TO SEAL - 1
S:\WP\CASES\5112\PLEADINGS\order.withdraw.wpd

BURGESS FITZER, P.S.
ATTORNEYS AT LAW
1145 BROADWAY, SUITE 400
TACOMA, WASHINGTON 98402-3584
(253) 572-5324    FAX (253) 627-8928

Presented by:

*/s/ Paula T. Olson*

Paula T. Olson, WSB #11584
Of Attorneys for Defendant Moore

DEFENSE COUNSEL'S MOTION TO SEAL - 2
S:\WP\CASES\5112\PLEADINGS\order.withdraw.wpd

BURGESS FITZER, P.S.
ATTORNEYS AT LAW
1145 BROADWAY, SUITE 400
TACOMA, WASHINGTON 98402-3584
(253) 572-5324    FAX (253) 627-8928